1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   SHERRY D. HARTEL HAUS
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              CASE NO. 2:12-cr-180 MCE

13              Plaintiff,

14        v.

15 MOHAMMAD NAWAZ KHAN,
   MOHAMMAD ADNAN KHAN,
16 MOHAMMAD SHAHBAZ KHAN,
   IQILA BEGUM KHAN,
17 GURDEV KAUR JOHL, and
   KEWAL SINGH,

18              Defendants.

19                                         CASE NO. 2:14-cr-169 MCE
   UNITED STATES OF AMERICA,
20                                         STIPULATION REGARDING DISCLOSURE OF
                Plaintiff,                 GRAND JURY TRANSCRIPTS AND
21                                         PROTECTIVE ORDER; ORDER
         v.
22
   MOHAMMAD RIAZ KHAN,
23 MOHAMMAD SHAHBAZ KHAN,
   HARJIT KAUR JOHAL, and
24 HAMIRA CHECHI,

25              Defendants.

26

27

28

STIPULATION REGARDING DISCLOSURE OF GRAND                1
JURY TRANSCRIPTS AND PROTECTIVE ORDER;
[PROPOSED] ORDER

## STIPULATION

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The United States also seeks to fulfill its obligations under <u>Brady v. Maryland</u>, 373 U.S. 83, 87 (1963) and its progeny, to produce evidence that is exculpatory, even in the absence of a request by the accused. *See, e.g.,* <u>United States v. Agurs</u>, 427 U.S. 97, 107 (1976).

2. Certain witnesses who testified before the Grand Jury in this matter gave testimony that could be considered exculpatory to the defendants in this matter. Two of these witnesses were subsequently indicted for perjury. Those witnesses are:

> N.A. on May 8, 2014
> J.K. on March 13, 2014 and April 10, 2014
> Z.M. on May 8, 2014
> H.D. on May 22, 2014
> W.A. on May 8, 2014
> N.S. on May 8, 2014
> H.C. on April 24, 2014
> G.D. on April 24, 2014
> H.J. on May 8, 2014
> P.M. on June 24, 2014
> M.K. on June 24, 2014

3. By this stipulation, the United States now moves to disclose transcripts of witness testimony for the individuals listed above to the undersigned defense counsel.

4. The parties agree and stipulate, and request that the Court find the following:

  a. The transcripts released as set forth above are entrusted to each counsel only for the purposes of representing his or her client, in this criminal case and for no other purpose.

  b. Defense counsel shall not share any documents that contain any portion of such transcripts, including quotes or excerpts, verbal or written, with anyone other than those designated to have access to such transcripts as set forth above in Section 3.

  c. Defense counsel may permit the defendant to review the transcript(s), and be aware of their contents, but defendant shall not be given control of the Protected Information or provided any copies of the transcript.

      d.    Any person receiving Protected Information or a copy of the Protected Information from defendant's counsel shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

      e.    Defense counsel agrees to store the transcript(s) in a secure place and to use care to ensure that information is not disclosed to third parties in violation of this Agreement and the Court's Order.

      f.    Defense counsel agrees not to make any copies of such transcript(s);

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold the transcript(s) form new counsel unless and until substituted counsel agrees also so be bound by this order.

IT IS SO STIPULATED.

Dated:  August 25, 2014                      BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Jared C. Dolan
                                          JARED C. DOLAN
                                          Assistant United States Attorney

Dated:  August 25, 2014                      /s/ Greg Foster
                                          GREG FOSTER
                                          Counsel for Defendant
                                          MOHAMMAD NAWAZ KHAN

Dated:  August 25, 2014                      /s/ Ron Peters
                                          RON PETERS
                                          Counsel for Defendant
                                          MOHAMMAD ADNAN KHAN

1

2  Dated: August 25, 2014                   /s/ Olaf Hedberg
                                            OLAF HEDBERG
3                                           Counsel for Defendant
                                            MOHAMMAD SHAHBAZ
4                                           KHAN

5
   Dated: August 25, 2014                   /s/ Kelly Babineau
6                                           KELLY BABINEAU
                                            Counsel for Defendant
7                                           IQILA BEGUM KHAN

8

9  Dated: August 25, 2014                   /s/ Candice Fry
                                            CANDICE FRY
10                                          Counsel for Defendant
                                            GURDEV KAUR JOHL
11

12 Dated: August 25, 2014                   /s/ Chris Cosca
                                            CHRIS COSCA
13                                          Counsel for Defendant
                                            KEWAL SINGH
14

15
   Dated: August 25, 2014                   /s/ Scott Tedmon
16                                          SCOTT TEDMON
                                            Counsel for Defendant
17                                          MOHAMMAD RIAZ KHAN

18 Dated: August 25, 2014                   /s/ Gilbert Roque
                                            GILBERT ROQUE
19                                          Counsel for Defendant
                                            HARJIT JOHAL
20

21 Dated: August 25, 2014                   /s/ Michael Aye
                                            MICHAEL AYE
22                                          Counsel for Defendant
                                            HAMIRA CHECHI
23

24

25

26

27

28

STIPULATION REGARDING DISCLOSURE OF GRAND                4
JURY TRANSCRIPTS AND PROTECTIVE ORDER;
[PROPOSED] ORDER

**ORDER**

IT IS SO ORDERED this 26th day of August, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE