1   BENJAMIN B. WAGNER
    United States Attorney
2   JARED C. DOLAN
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-cr-169 MCE

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                            FINDINGS AND ORDER

14  MOHAMMAD RIAZ KHAN, et al,             DATE: October 2, 2014
                                           TIME: 9:00 a.m.
15                    Defendants.          COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18      1.      By previous order, this matter was set for status on October 2, 2014.

19      2.      By this stipulation, defendants now move to continue the status conference until

20  December 11, 2014, and to exclude time between October 2, 2014, and December 11, 2014, under Local

21  Code T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24  includes business records from the California Employment Development, reports of witness

25  interviews, and Grand Jury records.  In addition, the related case includes a voluminous amount

26  of business records and seized search warrant evidence that is relevant to this case.  Discovery

27  has been either produced directly to counsel or made available for inspection and copying.

28              b)      Counsel for defendants desire additional time review the discovery and conduct

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND           1
ORDER

1    additional investigation.

2            c)      Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5            d)      The government does not object to the continuance.

6            e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9            f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of October 2, 2014 to December 11,

11   2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendants' request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15           4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17   must commence.

18           IT IS SO STIPULATED.

19

20   Dated:  September 30, 2014                    BENJAMIN B. WAGNER
                                                   United States Attorney
21

22                                                 /s/ JARED C. DOLAN
                                                   JARED C. DOLAN
23                                                 Assistant United States Attorney

24

25

26   Dated:  September 30, 2014                    /s/ Scott Tedmon
                                                   SCOTT TEDMON
27                                                 Counsel for Defendant
                                                   MOHAMMAD RIAZ KHAN
28

Dated:  September 30, 2014                    /s/ Olaf Hedberg
                                              _____
                                              OLAF HEDBERG
                                              Counsel for Defendant
                                              MOHAMMAD SHAHBAZ
                                              KHAN

Dated:  September 30, 2014                    /s/ Michael Aye
                                              _____
                                              MICHAEL AYE
                                              Counsel for Defendant
                                              HAMIRA CHECHI

Dated:  September 30, 2014                    /s/ Gilbert Roque
                                              _____
                                              GILBERT ROQUE
                                              Counsel for Defendant
                                              HARJIT KAUR JOHAL

## ORDER

        IT IS SO FOUND AND ORDERED.

Dated:  October 2, 2014

                                              _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT