**Michael J. Aye**, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Hamira Chechi

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 2:14-cr-00169-MCE-4 |
| )  | |
|     PLAINTIFF,                           ) | STIPULATION AND FINDINGS IN |
| ) | SUPPORT OF PROPOSED ORDER |
|     v.                                          ) | VACATATING THE CURENTLY SET |
| ) | STATUS CONFRENCE DATE OF |
| MOHAMMAD RIAZ KHAN, et al.,  ) | DECEMBER 11, 2014 AND |
| ) | RESETTING THAT DATE TO |
| ) | FEBRUARY 26, 2014 |
|     DEFENDANTS.                         ) | |
| _____) | |

**STATEMENT OF FACTS**

By previous order, this matter was set for status on December 11, 2014.

2. By this stipulation, defendants now move to continue the status conference until February 26, 2015, and to exclude time between December 11, 2014, and February 26, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes business records from the California Employment Development, reports of witness

---
**Stipulation To Continue Status
Findings and Order**
- 1 -

interviews, and Grand Jury records. In addition, the related case includes a voluminous amount of business records and seized search warrant evidence that is relevant to this case. Discovery has been either produced directly to counsel or made available for inspection and copying. In addition because most of the persons involved in this who are potential witnesses will likely need the assistance of an interpreter in order to allow the attorneys to appropriately identified and interviewed. This process has a natural tendency to limit direct communication and requires extra care that the rights of such persons are scrupulously safeguarded while at the same time providing each lawyer with an opportunity adequately investigate the matter such witnesses may bring to the case.

b)   Counsel for defendants desire additional time review the discovery and conduct additional investigation.

c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

---

**Stipulation To Continue Status Findings and Order**

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2014 to February 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

**IT IS SO STIPULATED.**

Dated: December 7, 2014                BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ JARED C. DOLAN_____
                                       JARED C. DOLAN
                                       Assistant United States Attorney


Dated: December 7, 2014                /s/ Scott Tedmon_____
                                       SCOTT TEDMON
                                       Counsel for Defendant
                                       MOHAMMAD RIAZ KHAN


Dated: December 7, 2014                /s/ Olaf Hedberg_____
                                       OLAF HEDBERG
                                       Counsel for Defendant
                                       MOHAMMAD SHAHBAZ KHAN

_____
**Stipulation To Continue Status
Findings and Order**

- 3 -

```
Dated: December 7, 2014                /s/ Michael Aye
                                       MICHAEL AYE
                                       Counsel for Defendant
                                       HAMIRA CHECHI


Dated: December 7, 2014                /s/ Gilbert Roque
                                       GILBERT ROQUE
                                       Counsel for Defendant
                                       HARJIT KAUR JOHAL
```

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation To Continue Status Findings and Order**

- 4 -