GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
HARJIT KAUR JOHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:14-CR-169-GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND (PROPOSED) |
| ) | ORDER VACATING DATE, |
| vs.   ) | CONTINUING CASE AND |
| ) | EXCLUDING TIME |
| MOHAMMAD RIAZ KHAN, MOHAMMAD ) | |
| SHAHBAZ KHAN and HARJIT KAUR ) | Date  : 10/23/2015 |
| JOHAL,   ) | Time  : 9:00 a.m. |
| Defendants.   ) | Court : Hon. Garland E. Burrell, Jr. |
| _____   ) | |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Jared C. Dolan; Defendant Mohammad Riaz Khan, through his counsel, Scott L. Tedmon; Defendant Mohammad Shahbaz Khan, through his counsel, Olaf W. Hedberg; and Defendant Harjit Kaur Johal, through her counsel, Gilbert A. Roque, that the October 16, 2015, Trial Confirmation Hearing be vacated and the matter be continued to October 23, 2015, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr.

By Order dated August 21, 2015, the Honorable Morrison C. England, Jr. reassigned this case to the Honorable Garland E. Burrell, Jr. By Minute Order filed on August 25, 2015, the Trial Confirmation Hearing was rescheduled from October 1, 2015,

to October 16, 2015.  The parties request the continuance from October 16, 2015, to October 23, 2015, due to the unavailability of counsel for Harjit Kaur Johal, who has a prepaid flight departing Sacramento on October 15, 2015.

The parties further request that the Trial Confirmation Hearing of October 16, 2015, be vacated and be continued until October 23, 2015, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), in compliance with Federal Rule of Criminal Procedure 17.1 and Local Rule 450 (continuity of counsel), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court is advised that all counsel have agreed to the October 23, 2015 date and have authorized Mr. Roque to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  August 25, 2015         /s/ Gilbert A. Roque
                                GILBERT A. ROQUE, Attorney for
                                Defendant HARJIT KAUR JOHAL

Dated:  August 25, 2015         /s/ Scott L. Tedmon
                                SCOTT L. TEDMON, Attorney for
                                Defendant MOHAMMAD RIAZ KHAN

Dated:  August 25, 2015         /s/ Olaf W. Hedberg
                                OLAF W. HEDBERG, Attorney for
                                Defendant MOHAMMAD SHAHBAZ KHAN

Dated:  August 25, 2015         /s/ Jared C. Dolan
                                JARED C. DOLAN
                                Assistant United States Attorney
                                Attorney for Plaintiff

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order, finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial, and orders that the time from the date of the parties' stipulation, August 25, 2015, to and including the new Trial Confirmation Hearing, October 23, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), in compliance with Federal Rule of Criminal Procedure 17.1 and Local Rule 450 (continuity of counsel).

It is further ordered that the October 16, 2015, Trial Confirmation Hearing is vacated and shall be continued until October 23, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:  August 26, 2015**

GARLAND E. BURRELL, JR.
Senior United States District Judge