BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-169 GEB |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT WITH RESPECT TO DEFENDANT MOHAMMAD RIAZ KHAN, [PROPOSED] ORDER |
| v. | |
| MOHAMMAD RIAZ KHAN, | |
| Defendant. | |

The United States, by and through undersigned counsel, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment and superseding indictment with respect to defendant Mohammad Riaz Khan. In support of this motion, the government submits the following reasons:

1.   On or about October 1, 2015, Mohammad Riaz Khan died.

2.   The government received a copy of the death verification as to Mohammad Riaz Khan on October 20, 2015. A copy of that verification is attached hereto as Exhibit A.

3.   The government has been in contact with Mohammad Riaz Khan's lawyer, Scott Tedmon. Mr. Tedmon does not oppose this motion.


4. Accordingly, the United States moves the Court to dismiss the indictment and superseding indictment against defendant Mohammad Riaz Khan in this matter.

Respectfully submitted,

Dated:  October 21, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  October 22, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge