1  Kresta Nora Daly, SBN 199689
   Mikhail Parnes, SBN 300922
2  **BARTH DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile: (916) 440-9610
   Email: kdaly@barth-daly.com
5
   Attorneys for Defendant
6  JASVIR KAUR

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   Case No. 2:14-CR-00169-GEB
                                          )
12           Plaintiff,                    )   **STIPULATION AND [PROPOSED]**
                                          )   **ORDER**
13      v.                                 )
                                          )
14 MOHAMMAD SHAHBAZ KHAN and JASVIR )
                                          )
15 KAUR                                    )
                                          )
16           Defendants.                   )
                                          )

17

18      Plaintiff United States of America, by and through its counsel of record, and defendants

19 Mohammad Khan and Jasvir Kaur, by and through their counsel of record, hereby stipulate as

20 follows:

21      1.      By previous order, this matter was set for a status conference on March 18, 2016.

22      2.      By this stipulation, defendants now seek to move the status hearing to May 27,

23 2016.  The defendants seek to exclude time under Local Code T4.  Plaintiff does not oppose this

24 request.

25      3.      The parties agree and stipulate, and request that the Court find the following:

26           a.      On or about October 1, 2015 the grand jury returned a superseding

27 indictment.  The superseding indictment adds Jasvir Kaur as a defendant in this case.  Ms. Kaur

28 was arraigned on October 6, 2015.

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00018428}

b.   The government has forwarded discovery to counsel for Ms. Kaur.  The discovery is voluminous.

c.   An exclusion of time is appropriate as to Misters Khan and Johal in order to provide for continuity of counsel.

d.   The government does not object to the continuance.

e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2016 to May 27, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g.   This case involves multiple witnesses, multiple defendants; both defendants and the witnesses require interpreters.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        March 17, 2016

/s/    Kresta Daly for    _____
Jared Dolan
Assistant United States Attorney

///

///

///

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1  DATED:        March 17, 2016

2                                    /s/    Kresta Daly_____  _____
                                     Kresta Nora Daly
3                                    Counsel for Defendant Jasvir Kaur

4  DATED:        March 17, 2016      /s/    Kresta Daly for    _____
                                     Gilbert Roque
5                                    Counsel for Defendant Mohammad Khan

6

7

8                              **O R D E R**

9        IT IS SO FOUND AND ORDERED.

10  Dated:  March 18, 2016

11

12

13                                   _____
                                     GARLAND E. BURRELL, JR.
14                                   Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA