UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>HARJIT KAUR JOHAL,<br><br>　　　　　　Defendant/Movant. | No. 2:14-cr-0169 GEB DB<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Movant has filed a motion to stay her deportation proceedings pending resolution of this § 2255 action.[1] Movant's counsel states that the government does not oppose the motion.

Under the All Writ Act, 28 U.S.C. § 1651(a), courts may issue writs "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles of law." The All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction. Plum Creek Lumber Company v. Hutton, 608 F.2d 1283, 1289 (9th Cir. 1979). The United States Supreme Court has authorized the use of the All Writs Act in appropriate circumstances against

---

[1] Movant's counsel filed this motion in the related civil action. See No. 2:19-cv-00597 GEB (ECF No. 2). Counsel is advised that all filings regarding this § 2255 proceeding should be filed in this criminal case No. 2: 14-cr-0169 GEB DB.

1

persons or entities not a party to the underlying litigation.  <u>United States v. New York Telephone Co.</u>, 434 U.S. 159, 174 (1977).

      This court finds invocation of the All Writ Act appropriate to temporarily stay deportation proceedings, which are scheduled to continue on August 16, 2019, in order to preserve the court's ability to resolve movant's pending § 2255 motion.

      Accordingly, the Clerk of the Court IS HEREBY ORDERED to file a copy of movant's motion and supporting documents, currently filed in case No. 19-cv-0597 GEB, in this criminal action.

      Further, IT IS RECOMMENDED that movant's unopposed motion for a stay of deportation proceedings be granted and this action be stayed until a final decision on movant's § 2255 motion is entered by the district court.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-four hours after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  August 12, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/joha0169.stay fr